# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 1:20-mj-71
USPS Mail Parcel identified by tracking )
#9505 5124 1863 0163 4077 41 )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein

located in the ____Eastern____ District of ____Tennessee____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846. | Distribution / conspiracy to distribute a controlled substance; Using a communication facility in facilitating the commission of a felony. |

The application is based on these facts:
See attached affidavit of Postal Inspector Jedidiah Hutchison, United States Postal Inspection Service.

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Jedidiah Hutchison, United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/15/2020__

_____
Judge's signature

City and state: Chattanooga, Tennessee          Hon. Christopher H. Steger, US Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Chattanooga

IN THE MATTER OF THE SEARCH OF:
USPS Mail Parcel identified
by tracking # 9505 5124 1863 0163 4077 41     Case No. 1:20-mj-71
addressed to:

GREG SMITH
1140 PIERCE AVE
CHATTANOOGA, TN 37403

## ATTACHMENT A

### DESCRIPTION OF THE PROPERTY TO BE SEARCHED

USPS Mail Parcel identified by tracking # 9505 5124 1863 0163 4077 41 addressed to:

GREG SMITH
1140 PIERCE AVE
CHATTANOOGA, TN 37403

that is now in the custody of the United States Postal Inspection Service in the Eastern District of Tennessee.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Chattanooga

IN THE MATTER OF THE SEARCH OF:
USPS Mail Parcel identified
by tracking # 9505 5124 1863 0163 4077 41    Case No. 1:20-mj-71
addressed to:

GREG SMITH
1140 PIERCE AVE
CHATTANOOGA, TN 37403

## ATTACHMENT B

### LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED PURSUANT TO SEARCH WARRANT

1. One US Mail Parcel described above.

2. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

3. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

4. Letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

5. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds

of drug trafficking;

6. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material;

7. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys;

8. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

9. Any and all other material evidence of violations of 21 U.S.C. §§ 841, 843, and 846, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.